1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUSAN K GRUHLKE,

                    Plaintiff,

        v.

MICHAEL J ASTRUE, CAROLYN
COLVIN,

                    Defendant.

CASE NO. C12-5743 RBL

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Complaint, the Report and Recommendation of

Magistrate Judge Karen L. Strombom (Dkt. #15), objections to the Report and Recommendation,

if any, and the remaining record, does hereby find and Order:

1. The Court adopts the Report and Recommendation;

2. The ALJ improperly concluded Plaintiff was not disabled, and Defendant's decision to
   deny benefits is REVERSED;

3. This matter is REMANDED for further administrative proceedings in accordance with
   the findings in the Report and Recommendation; and

1    4.  The Clerk is directed to send copies of this Order to all Counsel and Judge Strombom.

2        Dated this 10th day of December, 2013.

3

4        _____
         RONALD B. LEIGHTON
5        UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION- 2